and doe confirme the setlement of the County Court in Boston enstating the cleare halfe of the estate of the late Benjamin & Mary Ward, as therein is exprest, to be deliuered vnto the sajd Butler, and be to him & his heires foreuer, granting the sajd Butler his costs, & of the Court of Assistants, ten pounds.

Even after this, Butler was not left in peace. On 27 July, 1680, the jury of the County Court gave a verdict against him on the old claim of the Holowells that he had withheld the Ward estate from them (Records of the Court of Assistants, i. 380). Butler then appealed to the Court of Assistants, sitting in September, 1680. In his Reasons of Appeal (S. F. 1911.10), besides asserting that the case was finally decided by the prior proceedings in the General Court, Butler points out the dangers lurking in the Holowell contention that Massachusetts inheritance law should be determined by the Book of Numbers:

For if that Law should take place for our Wrights heare in New England then in $y^e$ 50: yeare $w^{ch}$ is $y^e$ Jubell: that all Lands Disposed of by their predicessors must then sertainly Returne to their Heires: so $y^t$ not only Diuers Purchisers will Lowse their Just Intrusts: but allso great peart[e] of many plantashons must Doutless fall backe Againe to their heires whose Fathers soulde their Rights & titells.

The Court of Assistants, however, confirmed the judgment of the lower court, and imposed 6*l* 6*s* costs on Butler. The record of the appeal is to be found in the Records of the Court of Assistants, i. 380, followed by the subsequent executions and returns.]

## ASHLEY cont$^a$ THOMAS

Edward Ashley plaint. cont$^a$ Rice Thomas Defend$^t$ in an action of debt of ten pounds in money due by booke with damages &$^c$. . . . The Iury . . . found for the Defend$^t$ costs of Court.

## LYNDE cont$^a$ PHIPPENY

Simon Lynde of Boston Merch$^t$ plaint. cont$^a$ Robert Haughton and Sarah Phippeny Widdow or either of them Defend$^{ts}$ in an action of the case for not paying unto the plaint. the Summe of Forty nine pounds eight Shillings in money due unto him the. 4th day of April. 1678. according to a writing or ingagem$^t$ under their hands and Seales dated. 3$^d$ April. 1676. whereby they are jointly & severally bound for the payment of the aboves$^d$ Summe with damages &c$^a$. . . . The Iury . . . found for the plaint. Forty nine pound eight Shillings